# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

141822

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 141822
COA: 292288
Saginaw CC: 09-032100-FH

REGINAL LAVAL SHORT, a/k/a
REGINALD LAVAL SHORT,
      Defendant-Appellant.

_____/

      By order of October 29, 2010, we granted leave to appeal the August 26, 2010 judgment of the Court of Appeals. By order of April 5, 2011, this case was held in abeyance pending the decision in *Davis v United States*, cert gtd, ___ US ___; 131 S Ct 502; 178 L Ed 2d 368 (2010). On order of the Court, the case having been decided on June 16, 2011, *Davis v United States*, ___ US ___; 131 S Ct 2419; ___ L Ed 2d ___ (2011), we VACATE that part of our October 29, 2010 order that granted leave to appeal. The application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

y0718